IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 FEB 22 A 10: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Artemis J. Terry 01185 )
Full name and prison number of )
plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:06CV158 mef
)   (To be supplied by the Clerk of the
Dr. Mendez )   U.S. District Court)
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) __N/A_____
         Defendant(s) __N/A_____

      2.   Court (if federal court, name the district; if state court, name the county)
         __N/A_____

      3.   Docket No. __N/A___ N/A_____

      4.   Name of Judge to whom case was assigned __N/A__

**SCANNED**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? NA

6. Approximate date of filing lawsuit NA

7. Approximate date of disposition NA

II. PLACE OF PRESENT CONFINEMENT Montgomery AL. City Jail P.O. Box 159

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Montgomery AL. City Jail P.O. Box 159 36101

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|---|---|
| 1. | Dr. Mendez | Montgomery AL City Jail P.O. Box 159 36101 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED January 25 2006 through to this date 2-15-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Dr. Mendez is inflecting Cruel and unsual Punishment by not giving plaintiff proper medical Treatment to my finger.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

January 25, 2006, at the Montgomery City Jail. I went to see Dr. Mendez about my pinky finger on my right hand because It was swollen and It was Hurting really bad. All Dr. Mendez done for me was have Someone give me an X-Ray and he Prescribe me I.B Prophen 600,

GROUND TWO: Dr. Mendez is causing irreparable injury To plantiff finger By not treating my finger.

SUPPORTING FACTS: On January 26, 2006, I put a request in to see Dr. Mendez about my finger to see if I could get a splint on it or have it reset if that was the problem. I was told that I couldn't see the doctor twice in one week, and on 1-31-06 the Doctor came and didn't see me.

GROUND THREE: Dr. Mendez Consistency in His pattern of not Administering Medical Attention is causing severe Pain.

SUPPORTING FACTS: On February 2, 2006 I put another request to see the Doctor. On February 8, 2006 I went to see the doctor and tried to explain to him that my finger was badly swollen and hurt alot and he Just glance at my finger and told me to run some warm water over it.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the court to order Medical treatment for my finger. Order the defendant to pay $20,000 dollars for pain and suffering.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-15-06
              (date)

_____
Signature of plaintiff(s)

-3-