**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Laura Barrett-Cannon
   U.S. Atty
   P.O. Box 197
   Mont., AL 36104
   0197

2. Article Number (Transfer from service label)

   7003 2260 0005 4584 7283

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Nancy Cann    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Nancy Cann

C. Date of Delivery
   2/24/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   SvcPro
   2:06cv158

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes