- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
US Atty General
US Dept of Just
10th + Const. Ave
Washington DC 20530

A. Signature
X _Ernest Fach_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAR 09 20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV158-MEF
Proc order
S+C

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☒ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label)
7003 2260 0005 4584 7276

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540