**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ARTEMIS JAMAL TERRY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DR. M. J. MENDEZ,** )<br>)<br>Defendant. ) | Case No. 2:06-cv-158-MEF |

## ANSWER

**COMES NOW** the Defendant, Dr. M. J. Mendez, through undersigned counsel and, in accordance with this Court's Order of February 23, 2006, submits the following Answer to Plaintiff's Complaint

## GROUND ONE

Defendant denies all allegations in Ground One of Plaintiff's Complaint and demands strict proof thereof. More specifically, Defendant denies that Plaintiff was denied proper medical treatment or that he has inflicted cruel and unusual punishment on Plaintiff.

## GROUND TWO

Defendant denies all allegations in Ground Two of Plaintiff's Complaint and demands strict proof thereof. More specifically, Defendant denies that Plaintiff was denied Plaintiff proper medical treatment for his finger and that he is causing irreparable injury to Plaintiff.

## GROUND THREE

Defendant denies all allegations in Ground Three of Plaintiff's Complaint and demands strict proof thereof. More specifically, Defendant denies that he did not give Plaintiff proper medical treatment for his finger.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant avers that the Complaint fails to state any cause of action upon which relief can be granted and denies that Plaintiff is entitled to any relief.

### SECOND AFFIRMATIVE DEFENSE

Defendant denies all allegations not specifically admitted and demands strict proof thereof.

### THIRD AFFIRMATIVE DEFENSE

Defendant pleads the general issue.

### FOURTH AFFIRMATIVE DEFENSE

Defendant avers that Plaintiff was provided proper medical treatment and standard of care.

### FIFTH AFFIRMATIVE DEFENSE

Defendant pleads insufficiency of process.

### SIXTH AFFIRMATIVE DEFENSE

Defendant pleads qualified and/or discretionary function immunity.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant pleads that Plaintiff's Complaint is insufficient to apprise Defendant of the civil crimes or wrongs for which the Plaintiff seeks damages. Plaintiff has failed to state injuries or damages caused by Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant asserts that Plaintiff was guilty of negligence, wantonness, recklessness and intentional acts or criminal acts which proximately caused or contributed to the injuries or damages he claims.

### NINETH AFFIRMATIVE DEFENSE

Defendant pleads that the claims made by Plaintiff are completely without merit and should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

### TENTH AFFIRMATIVE DEFENSE

Defendant avers that Plaintiff's allegations of injury are of *de minimus* injury.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant avers that there exists no direct action under 42 U.S.C. § 1983 under which Defendant can be liable, and Plaintiff's purported 42 U.S.C. § 1983 claim is due to be dismissed.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant avers that the award of punitive damages would not be proper, appropriate or constitutional. Defendant pleads that Plaintiff is not entitled to punitive damages and that the award of punitive damages would violate the Fourth, Fifth, Sixth, Eleventh and Fourteenth Amendments of the Constitution of the United States and Article 1 §§ 6, 10, 11, 15, 22, 35, 36 and 43 of the Constitution of Alabama (1901).

## RESERVATION OF DEFENSES

The Defendant reserves the right to plead additional defenses as they become known in the course of discovery.

Respectfully submitted this the 4th day of April, 2006.

/s/Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for Dr. M. J. Mendez

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 4th day of April, 2006:

Artemis Jamal Terry
Inmate 01185
Montgomery Municipal Jail
320 N. Ripley Street
Montgomery, Alabama  36104

/s/ Kimberly O. Fehl
Of Counsel