IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

2006 APR 17 A 10: 46

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

ARTEMIS JAMAL, TERRY )
)
PLAINTIFF )
) Case No. 2:06-CV-158 MEF
V. )
)
DR. M.J. MENDEZ )
)
DEFENDANT )

## MOTION TO COMPEL

WITH ALL THE RESPECT TO THE COURT. THE PLAINTIFF RESPECTFULLY ASKS THE COURT TO COMPEL THE DEFENDANT, DR. M.J. MENDEZ TO SUPPLY PLAINTIFF WITH ALL MEDICAL RECORDS FROM JANUARY 25, 2006, TO GROUNDS LISTED BELOW.

1. TO SHOW THE COURT THAT I THE PLAINTIFF, VISITED THE DEFENDANT, DR. M.J. MENDEZ MORE THAN ONCE ABOUT MY, THE PLAINTIFF FINGER.

2. TO SHOW THAT THE DEFENDANT, DR. M.J. MENDEZ DID NOT GIVE ME, THE PLAINTIFF THE PROPER MEDICAL TREATMENT.

3. TO SHOW THAT THE DEFENDANT DR. M.J. MENDEZ NEGLECTFULLY OVERLOOK THE FACT THAT I, THE PLAINTIFF TRIED TO EXPLAIN THAT MY, THE PLAINTIFF, FINGER WAS HAVING SHARP PAINS AND WAS BADLY SWOLLEN, AND THAT I, THE PLAINTIFF NEEDED SOMETHING DONE ABOUT MY, THE PLAINTIFF FINGER.

4. TO SHOW THAT THE DEFENDANT DR. M.J. MENDEZ, TREATED ME, THE PLAINTIFF IN A INHUMANLY WAY WHEN I, THE PLAINTIFF TRIED TO EXPLAIN TO THE DEFENDANT DR. M.J. MENDEZ, ABOUT MY, THE PLAINTIFF FINGER, THE DEFENDANT DR. M.J. MENDEZ, STATED THAT HE, THE DEFENDANT WAS FINISH WITH ME, THE PLAINTIFF. THE DEFENDANT STATED TO ME, THE PLAINTIFF TO RUN HOT WARM WATER, AND NOT TO WRAP ANYTHING AROUND MY, THE PLAINTIFF FINGER.

5. TO SHOW THE COURT THAT BY THE DEFENDANT DR. M.J. MENDEZ NOT GIVING ME, THE PLAINTIFF THE PROPER MEDICAL TREATMENT, I, THE PLAINTIFF STILL HAS EXTRAORDINARY PAIN IN MY, THE PLAINTIFF FINGER.

6. TO SHOW THAT IS, THE DEFENDANT, DR. M.J. MENDEZ, FAILING TO DO HIS, THE DEFENDANT DR. M.J. MENDEZ, JOB CORRECTLY, AND GIVING ME THE PLAINTIFF THE PROPER MEDICAL TREATMENT. I AM THE PLAINTIFF, SUFFERING FROM AN OWER FINGER, AND EXTRAORDINARY PAIN, THAT COULD BE AN IRREPARABLE INJURY

## RELEIF SOUGHT

SO I, THE PLAINTIFF, CAN SHOW THE COURT PROOF THAT I, THE PLAINTIFF CAME TO THE DEFENDANT, DR. M.J. MENDEZ, WHILE I WAS HURT AND IN EXTRAORDINARY PAIN, FOR MEDICAL TREATMENT. BUT THE DEFENDANT FAILED TO GIVE ME, THE PLAINTIFF, THE PROPER MEDICAL TREATMENT FOR MY, THE PLAINTIFF, FINGER. THEN NEGLECTED ME, THE PLAINTIFF, WHEN I TRIED TO EXPLAIN TO HIM, THE DEFENDANT DR. M.J. MENDEZ, ABOUT THE PAIN I, THE PLAINTIFF, WAS SUFFERING.

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON THE Following BY PLACING A COPY THEREOF IN THE UNITED STATES. MAIL, AND PROPERLY ADDRESSED ON THIS THE 13th DAY OF APRIL, 2006

*Artemis Jamel Terry*

## CERTIFICATE OF SERVICE

SCHEDULE TEXT: MOTION TO COMPEL

THE FOLLOWING DOCUMENT ARE ASSOCIATED WITH THIS TRANSACTION.

DOCUMENT DESCRIPTION: MAIN DOCUMENT

ORIGINAL FILENAME: NOT KNOWN OR N/A

DOCUMENT NUMBER: 11 PAGES

NOTICE HAVE BEEN DELIVERED BY MAIL-OUT TO:

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

DEFENDANT COUNSEL
KIMBERLY O. FEHL
CITY OF MONTGOMERY
LEGAL DEPARTMENT
103 N. PERR ST.
MONTGOMERY, AL 36104

PLAINTIFF
ARTEMIS JAMAL, TERRY
INMATE: 01185
MONTGOMERY MUNICPAL JAIL
320 N. RIPLEY STREET
MONTGOMERY AL, 36104