IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 2:06-CV-158-MEF |
| | ) |
| DR. MENDEZ, | ) |
| | ) |
|     Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 17, 2006 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendant shall file a copy of the plaintiff's medical records as an exhibit to his written report.

Done this    18th day of April, 2006.

                                                              **/s/ Delores R. Boyd**
                                                              DELORES R. BOYD
                                                               UNITED STATES MAGISTRATE JUDGE