IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-158-MEF |
| | ) |
| DR. MENDEZ, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 3, 2006 the defendant shall:

1. Show cause why he failed to file a written report in compliance with the directives of the order entered on February 23, 2006.

2. File a written report in accordance with the order entered on February 23, 2006.

Done this 18th day of April, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE