IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ARTEMIS JAMAL TERRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-158-MEF |
| | ) |
| **DR. MENDEZ,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** the Defendant, Dr. M. Mendez, through undersigned counsel and, in accordance with this Court's Order of April 18, 2006 to Show Cause why he failed to comply with the Court Order dated February 23, 2006, states unto the Court the following:

1. On April 4, 2006, Defendant filed an Answer to Complaint in compliance with the 40 day requirement set out in paragraph 3 of the Order dated February 23, 2006.

2. Paragraph 2 of the Order dated February 23, 2006, requires that Defendant file a Written Report within 60 days of the Order or by April 24, 2006.

Respectfully submitted this the 18th day of April, 2006.

/s/Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for Dr. M. J. Mendez

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed on this the 18th day of April, 2006:

Artemis Jamal Terry  
Inmate 01185  
Montgomery Municipal Jail  
320 N. Ripley Street  
Montgomery, Alabama  36104

                                        /s/ Kimberly O. Fehl  
                                        Of Counsel