IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS J. TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:06-CV-158-MEF |
| v. | ) |
| | ) |
| DR. MENDEZ, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

COMES NOW Defendant, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and answers the Complaint of the Plaintiff as follows:

### First Defense

The court lacks subject matter jurisdiction, in whole or in part, over plaintiff's complaint.

### Second Defense

Plaintiff's complaint, in whole or in part, fails to state a claim upon which relief can be granted.

**Third Defense**

The alleged wrongful acts were caused solely by the acts or omissions of other parties, persons, or entitles, their servants, agents, representatives, or employees, none of whom are agencies or employees of the United States for whom the United States has any liability pursuant to the Federal Tort Claims Act.

**Fourth Defense**

Defendant Dr. Mendez, who provides medical services pursuant to a contract with the City of Montgomery, Alabama, with whom the United States Marshals Service has contracted to provide housing and medical services to detainees in the custody of the United States Marshals Service, is not an employee of the United States, as defined in Title 28, United States Code, § § 1346(b) and 2671.

**Fifth Defense**

The alleged wrongful acts were not proximately caused by any negligent or wrongful act or omission by any agent or employee of Defendant.

**Sixth Defense**

Contributory negligence and/or assumption of the risk bars Plaintiff's claim.

**Seventh Defense**

Should Defendant be found liable it is entitled to a set-off of the amount it is required to pay as a result of such determination in an amount equal to the sum of any and all amounts paid to Plaintiff by any and all insurance companies, other entities or third parties as a result of the facts and circumstances underlying the complaint.

**Eighth Defense**

Defendant answers the specific allegations contained in the numbered paragraphs of the Complaint as follows:

I.

Defendant is without sufficient information to admit or deny the allegations of this paragraph, therefore, the same are denied.

II.

Defendant admits the allegations of this paragraph.

III.

Defendant is without sufficient information to admit or deny the allegations of this paragraph, therefore, the same are denied.

IV.

Defendant is without sufficient information to admit or deny the allegations of this paragraph, therefore, the same are denied.

V.

Defendant is without sufficient information to admit or deny the allegations of this paragraph, therefore, the same are denied.

VI.

This paragraph is in the form of a prayer for relief to which no answer is required. To the degree an answer is deemed necessary, Defendant is without sufficient information to admit or deny the allegations of this paragraph, therefore, the same are denied

WHEREFORE, Defendant asserts that he is due and should be granted judgment in his favor and that the costs of the litigation be taxed to Plaintiff.

Respectfully submitted this 24th day of April, 2006.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kimberly Owen Fehl, Esq. and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Artemis Jamal Terry
Federal Inmate
c/o Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36195

                                          /s/R. Randolph Neeley
                                          Assistant United States Attorney