RECEIVED
2006 APR 24 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

ARTEMIS JAMAL, TERRY )
 )
    PLAINTIFF )
 )
 )
V. ) Case no. 2:06-CV-158-MEF
 )
 )
DR. M.J. MENDEZ )
 )
 )
    DEFENDANT )

## MOTION TO APPOINT COUNCIL

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CASE INFORMING THIS COURT THAT HE IS INCARCERATED WITHOUT A LEGAL LIBARAY, AND WITHOUT LEGAL ASSISTANCE AND RESPECTFULLY REQUESTS THAT THIS COURT APPOINT FOR HIM A LEGAL COUNCIL.

RESPECTFULLY SUMITTED
ON APRIL-20-2006

BY: *Artemis Jamal, Terry*
Artemis Jamal, Terry,

# CERTIFICATE OF SERVICE

SCHEDULE TEXT: MOTION TO APPOINT COUNCIL.

THE FOLLOWING DOCUMENTS ARE ASSOCIATED WITH THIS TRANSACTION.

DOCUMENT DESCRIPTION: MAIN DOCUMENT

ORIGINAL FILENAME: NOT KNOWN or N/A

DOCUMENT NUMBER: 5 pages

NOTICE HAVE BEEN DELIVERED BY MAIL OUT TO:

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, AL, 36101-0711

DEFENDANT COUNCIL,
KIMBERLY O. FEHL
CITY OF MONTGOMERY
LEGAL DEPARTMENT
103 N. PERRY St.
MONTGOMERY, AL, 36104
334.241.2050
Fax 334.241.2310

PLAINTIFF
ARTEMIS JAMAL TERRY
P.O. Box 159
MONTGOMERY, AL, 36101