## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NOTHERN, DIVISION

ARTEMIS JAMAL TERRY,     )
                         )
        Plaintiff,     )
                         )    Case No.: 2:06cv158-MEF
v.                   )
                         )
DR. M.J. MENDEZ, et al.,     )
                         )
                         )
        Defendant.    )

### CERTIFICATE OF AUTHENTICITY

I hereby certify that the attached is a true and complete copy of the medical records

pertaining to Artemis Jamal Terry, DOB: 6/9/84, kept in the Montgomery City Jail .

I further certify that all records of the inmates in this facility are in the care, custody and

control of the administration, and made in the regular course of business, at the time of the

events, transactions or occurrences to which they refer, or within a reasonable time thereafter.

Signed this the _21st_ day of __April__, 2006.

_____
CUSTODIAN OF INMATE RECORDS

SUBSCRIBED AND SWORN TO before me on this the 21st day of April,

2006.

_____
NOTARY PUBLIC

RETURN THIS NOTARIZED CERTIFICATE AND RECORDS TO: City of Montgomery
Attorney's Office, P. O. Box 1111, Montgomery, AL  36101-1111



1

DOB 6/9/84

| DATE | CLINICAL RECORDS/DOCTORS PROGRESS NOTES |
|------|------------------------------------------|
| 2/8/06 | *[handwritten notes, illegible]* |

000000

ARTIMIS TERRY
DOB: 06/09/84

02/08/06: Federal: Here today for follow up of a contusion to the right 5th finger. He was advised of the x-ray report.

PE: Impression: Soft tissue swelling involving the left little finger PIP joint consistent with sprain injury. No underlying fracture or dislocation is identified.

A: and P:

1. Apply warm soaks for 20 minutes 4-5 times daily.


_____

Marcial J. Mendez, M. D.
Montgomery City Jail

ARTIMIS TERRY
DOB: 06/09/84

01/25/06: Federal: Complaining of pain to the right 5th finger. He said he
hurt it approximately 2 ½ weeks ago.

PE: He has a swollen PIP – with limited flexion.

A: and P:
    1. We will x-ray and splint.
    2. MOTRIN 800 mg one p.o. t.i.d. x 10 days prn pain.


_____
Marcial J. Mendez, M. D.
Montgomery City Jail


000032

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

**DATE**
1/25/2006
**D.O.B.**
6/9/1984
**ORDERING PHYSICIAN**
MENDEZ

**LAST NAME**
TERRY
**SEX**

**FIRST NAME**                    **MI**
ARTEMIS
**FACILITY**
MONTGOMERY CITY JAIL
**X-RAY NO.**
MT8377

TWO VIEWS OF THE RIGHT HAND

FINDINGS: Soft tissue swelling is noted along the little finger PIP joint. I see no evidence of underlying fracture or dislocation. Mild flexion of the finger at the PIP joint is noted. The remaining joint spaces appear normal.

IMPRESSION: Soft tissue swelling involving the little finger PIP joint consistent with sprain injury. No underlying fracture or dislocation is identified.

DICTATED BUT NOT REVIEWED

_____

William Abbott, M.D./cdw

tt:    1/25/2006 5:39:33 PM
td:    1/25/2006 4:40:30 PM

## INMATE REQUEST FORM

Name: _[handwritten]_          Time: _7:30_

Date: _1-22-06_          Booking#: _____

Cellblock: _C-4_

Please check one of the following:

__Charges/Bond Information          __Money Information
__Food Services          __Property
__Hygiene items          __Recreation
__Mail          __TV Change
_✓_Medical          __Visitation
          __Other

### Briefly state your request (Please Print Clearly)

May I please see the doctor I'm feeling sharp
pain in my heel and it's been swelling for about 2 weeks
Thanks

Request received by officer: _____ Date: _____ @ _____ hrs

## DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY

Date: _____ Time: _____          000004

This form should be given to any correction officer.
Inmate request forms will be routed to the appropriate supervisor or Administrator.
Inmates will receive a copy when a written response is required.

| DATE | CLINICAL RECORDS, DOCTORS PROGRESS NOTES |
|------|------------------------------------------|
| 11/7/05 NKDA | c/o (R) Knee pain — Dx - Patella Strain (Rx) Motrin 800 TID x 10d x (?) _S/Allen_ |
| | twist to right forearm |
| 11/18/05 | su distribution · limit IV barramm - resolved |
| 12/... | su distribution Irrsprand: Benadryl 50g ↑ PO 9215 PRN x 14 dy (R) R pain to his (R) finger. Looks disfigured |
| 1/25/06 | su distribution x-ray (R) 4th finger Splint. Motrin 800g TPO TIDx with can pain (R) |

000005

ARTIMIS TERRY
DOB: 06/09/84

12/07/05: Federal: Here today complaining of insomnia.

A: and P:

    1.  BENADRYL 50 mg one p.o. q.h.s. x 14 days prn sleep.


_____

Marcial J. Mendez, M. D.
Montgomery City Jail

ARTIMIS TERRY
DOB: 06/09/84

11/18/05: Federal: Here today complaining of a knot to the extensor aspect
of the right forearm – he said it is completely gone now.

PE: Forearm shows a resolving 3-mm induration – it is non-tender and fully
moveable.

A: and P:
    1. Follow up as needed.


_____

Marcial J. Mendez, M. D.
Montgomery City Jail

ARTIMIS TERRY
DOB: 06/09/84

11/07/05: Federal: Mr. Terry complains of left knee pain after jumping off
a bed a week ago. He describes pain below the left kneecap.

PE: Exam shows tenderness at the insertion of the lower patella tendon.
There is no instability or swelling to the knee.

IMPRESSION:
    1. Infrapatellar tendon strain.

PLAN:
    1. We will have the patient use heat when he can and give him
       MOTRIN 800 mg one p.o. t.i.d. x 10 days.


_____
Steve Allen, MD
Montgomery City Jail

000008

DOB  09 June 1984

MDOA

| DATE | CLINICAL RECORDS/DOCTORS PROGRESS NOTES |
|------|------------------------------------------|
| 3/17/05 | C/O depression [illegible] Lexapro 10mg T PO QHS X 30dy |
| 4/21/05 | Eucerin cream [illegible] apply BID X 10dy |
| 5/30/05 | [illegible] Motrin 600mg T PO PRN X 10 [illegible] PRN X-ray [illegible] |
| 9/12/05 | [illegible] Laboraine cream 1% apply BID X 1[illegible] Motrin 600mg T PO PRN [illegible] PRN [illegible] |
| 10/2/05 | [illegible] [illegible] PO BID X 10dy cream [illegible] QID |

000009

ARTIMIS TERRY
DOB: 06/09/84

10/07/05: Federal: Here today complaining of a "knot under his arm".

PE: He has a tender induration to the left axilla.

A: and P:
1. Probable abscess left axilla – warm soaks for 20 minutes 4-5 times daily. KEFLEX 500 mg one p.o. q.i.d. x 10 days.


_____
Marcial J. Mendez, M. D.
Montgomery City Jail

000010

ARTEMIS TERRY
DOB: 06/09/84

09/12/05: Federal: Here today complaining of dental pain and also a rash in his axilla.

PE: He has an MP rash in both axilla, which is pruritic. He complains of discomfort to the right lower dentition but it appears normal.

A: and P:
1. Dermatosis unknown etiology. Give him a trial of LOTRISONE Cream 1% applied b.i.d. x 14 days. DO NOT USE DEODORANT.
2. Dental pain – MOTRIN 600 mg one p.o. t.i.d. x 10 days prn pain.


_____

Marcial J. Mendez, M. D.
Montgomery City Jail

000011

ARTEMIS TERRY
DOB: 06/09/84

05/18/05: Federal: Here today complaining of pain to the right foot. He said he stepped off a step the wrong way. He said it happened several days ago.

PE: He is tender over the lateral aspect of the right foot. Full ROM. Normal ambulation.

A: and P:
   1. Right foot pain – we will x-ray the right foot. MOTRIN 600 mg one p.o. t.i.d. x 10 days prn pain.


_____
Marcial J. Mendez, M. D.

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| **DATE** | **LAST NAME** | **FIRST NAME** | **MI** |
| 5/18/2005 | TERRY | ARTEMIS | |
| **D.O.B.** | **SEX** | **FACILITY** | |
| 6/9/1984 | M | MONTGOMERY CITY JAIL | |
| **ORDERING PHYSICIAN** | | **X-RAY NO.** | |
| DR. MENDEZ | | MT8377 | |

**RIGHT FOOT, TWO VIEWS:** Comparison: None. Bone mineral density is normal. No fracture, subluxation, or periosteal reaction. The soft tissues are normal. No foreign body is detected.

**OPINION:** Normal right foot.

John Waldo, M.D./jaw

tt:    5/18/2005 7:21:52 PM
td:    5/18/2005 5:16:12 PM

000013

Name: Artemis Terry       Time: 5 An

Date: 5-15-05            Booking#: _____

Cellblock: C-3

Please check only one of the following:

___ Charges Bond Information
___ Food Service
___ Hygiene Items
___ Mail
_✓_ Medical

___ Money Information
___ Property
___ Recreation
___ TV Change
___ Visitation
___ Other

## Briefly state your request (Please Print)

I would like to see the doctor about
my foot. Thanks

Request received by officer _____ #_____ on ___/___/___ @ ____ hrs

### Do not write below this line
### For reply only

Date: _____
Time: _____

Info given by: _____
              Signature

This form should be given to any Correction Officer.
This form should be routed to the appropriate Supervisor of Administrator.
Inmate will receive a copy when a written response is required.

000014

ARTEMIS TERRY
DOB: 06/09/84

03/17/05: Federal: Here today complaining of severe depression. He said he lost his grandmother not too long ago and basically he has lived all his life with her. He is having a difficult time coping.

A: and P:

    1. We will start LEXAPRO 10 mg one p.o. q.h.s x 30 days.

_____
Marcial J. Mendez, M. D.

THIS SIDE UP WHEN PLACING IN CLINICAL RECORDS FOLDER

Artemis Terry B/M
DOB: 09 June 1984

| TEAM 9 | DOCTOR'S ORDERS | | DATE DISC. | DATE | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORIGINAL ORDERS SIGNED BY DOCTOR. WHEN COPIED, NURSE SIGNS DOCTOR'S AND OWN NAME. | | | | SHIFT | | | SHIFT | | | SHIFT | | | SHIFT | | | SHIFT | | | |
| | | | DOCTOR'S INITIALS | D | E | N | D | E | N | D | E | N | D | E | N | D | E | N | | |
| | (1) Lexapro 10mg (1) po q hs x 30 days | | | | | | | | | | | | | | | | | | | |
| | Dr. Marical Mendez / Dax LPD 1 March 05 | | | | | | | | | | | | | | | | | | | |
| | (1) Eucerin Cream top apply b.i.d x 10 | | | | | | | | | | | | | | | | | | | |
| | days — Dr. Marical Mendez / Dax LPN | | | | | | | | | | | | | | | | | | | |
| | 2 April 05 | | | | | | | | | | | | | | | | | | | |
| | (1) Motrin 600mg (1) PO tid x 10 day prn | | | | | | | | | | | | | | | | | | | |
| | (2) X-ray (R) foot (3) See dictation | | | | | | | | | | | | | | | | | | | |
| | Dr. Marical Mendez / Dax LPD 13 May 05 | | | | | | | | | | | | | | | | | | | |

000  H

**NURSES NOTES**

Artemio Terry Blm
DOD: 09 June 1984

Addressograph

| DATE | NOTES |
|------|-------|
| 04/21/05 | Seen by MD today. Orders reviewed. |
| 16 May 05 | 1335 X-ray R foot completed per Southern Radiology Tech. — A Motle Daix LPN |
| 09/[..]/05 | Seen by Dr. Rowbs c/o [...] cracked almost to foot [...] see orders [...] |
| 10/07/05 | Seen by Dr. Mendez c/o [...] see orders [...] |
| 10/27/05 | Seen by Dr. Allen c/o knee see Dr. Opn [...] |
| 18 Nov 05 | Seen by Dr. Mendez, no order given — Daix LPN |
| 12/07/05 | Seen by Dr. Mendez c/o abd pain see orders [...] |
| 25 Jan 2006 | Seen by Dr. Mendez, see M.D. orders [...] |
| 1342 | X-ray R 5th finger per Southern Radiology Tech — Daix |
| 08 Feb 2006 | Seen by Dr. Mendez, [...] c/o f/u R 5th finger — Daix LPN |

000017

09/12/05 [illegible]
x [illegible] days
09/12/05 Motrin 600mg [illegible] po tid
x [illegible] days [illegible]
Dr. [illegible]
10/07/05 [illegible]
[illegible] x 10 days Dr. [illegible]
[illegible]
11/07/05 Motrin [illegible]
[illegible] x 10 days Dr. [illegible]
[illegible]
(1) See dictation Dr. Marcial Mendez /
Davis LPN — 18 NOV 2005
12/07/05 [illegible]
[illegible] x 14 days Dr. [illegible]
(1) See dictation (2) Xray (R) finger
(3) Splint (4) Motrin 600mg (1) po tid
x 10 days prn pain
Dr. Marcial Mendez / Davis LPN
25 Jan 2006

SHIFT | SHIFT | SHIFT | SHIFT | SHIFT | DOCTOR'S INITIALS | DATE DISC.

WHEN COPIED, NURSE SIGNS DOCTOR'S AND OWN NAME.
ORIGINAL ORDERS SIGNED BY DOCTOR.

DOCTOR'S ORDERS (Cont.)

YEAR 19

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLOTRIMAZOLE/BETAMETHASON PLY TO AFFECTED AREA 2 TIMES DAILY FOR 14 DAYS | 09/12/05  09/12/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EUCERIN CREME APPLY TO AFFECTED AREA TWICE A DAY | 07/26/05  07/26/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500mg q PO Q1DX10days | 0600 1100 1600 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR  10/01/05   THROUGH   10/31/05   PAGE   1 OF   1

Physician   MENDEZ, MARCIAL J   Telephone No.   Medical Record No.

Alt. Physician   STOCK SUPPLY   Alt. Telephone   302400

Allergies

Rehabilitative Potential

Diagnosis   000019

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|

| RESIDENT   ARTEMIS, TERRY | D.O.B.   06/09/1984 | Sex | Room #   C3 | Patient Code   ARTTER | Admission Date   07/26/0 |

182439

# MEDICATION ADMINISTRATION RECORD

ARTEMIS, TERRY
REPORT DATE : 07/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EUCERIN CREME APPLY TO AFFECTED AREA TWICE A DAY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR  07/01/05          THROUGH  07/31/05          PAGE   1 OF   1

| Physician | MENDEZ, MARCIAL J | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | STOCK SUPPLY | Alt. Telephone | | 302400 |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | |

000020

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |
| RESIDENT  ARTEMIS, TERRY | | D.O.B. 06/09/1984 | Sex | Room # C3 | Patient Code ARTTER | Admission Date 07/26/05 |

# MEDICATION ADMINISTRATION RECORD

ARTEMIS, TERRY
REPORT DATE: 05/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EUCERIN CREME APPLY TO AFFECTED AREA 2 TIMES DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 600MG TABLET TAKE 1 TABLET 3 TIMES DAILY AS NEEDED | 0400 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR 05/01/05 THROUGH 05/31/05 PAGE 1 OF 1

| Physician | MENDEZ, MARCIAL J | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | STOCK SUPPLY | Alt. Telephone | | 302400 |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

000021

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | Title: | Date: |
|---|---|---|---|---|---|
| RESIDENT ARTEMIS, TERRY | | D.O.B. 06/09/84 | Sex | Room # C3 | Patient Code ARTTER | Admission Date 05/18/05 |

# MEDICATION ADMINISTRATION RECORD

ARTEMIS, TERRY
04/01 REORDER 04/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEXAPRO 10MG TAKE ONE TABLET BY MOUTH AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR  04/01/05   THROUGH  04/30/05   PAGE  1 OF  1

| Physician | MENDEZ, MARCIAL J | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | STOCK SUPPLY | Alt. Telephone | | 302400 |
| Allergies | | Rehabilitative Potential | | |

000022

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT | ARTEMIS, TERRY | D.O.B. 06/09/84 | Sex | Room # C3 | Patient Code ARTTER | Admission Date 03/17/05 |
|---|---|---|---|---|---|---|

176134

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EUCERIN CREME APPLY 2 TIMES DAILY FOR 10 DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

STARTING FOR 04/01/05    THROUGH 04/30/05    PAGE 1 OF 1

Physician MENDEZ, MARCIAL J

Alt. Physician STOCK SUPPLY

Allergies

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No. 302400

000023

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: | | | | Title: | Date: |
|---|---|---|---|---|---|---|---|

RESIDENT ARTEMIS, TERRY

D.O.B. 06/09/84    Sex    Room # C3    Patient Code ARTTER    Admission Date 04/21/05

176134

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEXAPRO 10MG TAKE ONE TABLET BY MOUTH AT BEDTIME | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| CHARTING FOR | 03/01/05 | THROUGH | 03/31/05 | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|

| Physician | MENDEZ, MARCIAL J | Telephone No. | Medical Record No. |
|---|---|---|---|
| Alt. Physician | STOCK SUPPLY | Alt. Telephone | 302400 |
| Allergies | | Rehabilitative Potential | |

Diagnosis

**000024**

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| | | By: | | Title: | Date: |
| RESIDENT | ARTEMIS, TERRY | D.O.B. 06/09/84 | Sex | Room # C3 | Patient Code ARTTER | Admission Date 03/17/05 |

176134

# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 407
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

December 27, 2005

United States Federal Marshals
United States Marshal Department
1 Church Street
Montgomery, Alabama 36104

**Re:    Mental Evaluation of Artemis Terry and Kevin King on December 28, 2005**

To Whom It May Concern:

This letter is to notify you that **Dr. Catherine Boyer will be coming to the Montgomery City Jail on Wednesday, December 28, 2005, at 9:00 a.m.** to perform a mental evaluation of **two** of our clients, **Artemis Terry and Kevin King.** As you have requested, this letter is being sent via facsimile and also will be forwarded to the Montgomery City Jail via facsimile.

It is my understanding that your office will also notify the Montgomery City Jail of this appointment. Please let me know if there is anything else that I need to do to facilitate the confirming of this appointment. If so, please contact me at 834-2099.

Sincerely,

Patricia Kemp

Patricia Kemp
Attorney for Artemis Terry and Kevin King

cc:    Montgomery City Jail
       Fax: 241-2864

000025

TOTAL P.02

# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
**407 RSA TOWER
201 MONROE STREET
MONTGOMERY, AL 36104**

CHRISTINE A. FREEMAN
EXECUTIVE DIRECTOR

TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353

# FAX COVER LETTER

### December 27, 2005

## PLEASE DELIVER THE FOLLOWING AS SOON AS POSSIBLE:

**TO:**      United States Marshal Service

**FAX NO:**   223-7726

**TO:**      Montgomery City Jail Supervisor

**FAX NO:**   241-2864

**FROM:**    Patricia Kemp, Esq.

**RE:**      Notice of Visitation with Artemis Terry and Kevin King on December 28, 2005 by Dr. Catherine Boyer

**NUMBER OF PAGES (including the cover sheet):   2**

**Please call 334-834-2099 immediately if you do not receive the entire fax.**

Confidentiality Notice: The information contained in this fax message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us by telephone and return the original message to us at the address shown above via U.S. Postal Service. Thank you.

000026

Date: __11-14-05__   Artemis Terry (Booking # _____

Cellblock: __C-3__

Please check only one of the following:

___ Charges/Bond Information
___ Food Service
___ Hygiene Items
___ Mail
✓ Medical

___ Money Information
___ Property
___ Recreation
___ TV Change
___ Visitation
___ Other

### Briefly state your request (Please Print)

I need to See a Doctor

Thanks

Request received by officer: _____ # _____ on ___/___/___ @ _____

### Do not write below this line
### For reply only

Date: _____
Time: _____

_____

_____

_____

Reply given by: _____
            Signature

**0000 27**

This form should be given to any Correction Officer.
Inmate request forms will be routed to the appropriate Supervisor or Administrator.
Inmate will receive a copy when a written response is required.

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

_Rcvd 02/24/05_

**TB Clearance** ☑ Yes ☐ No

1) PPD Completed: _02/20/__ **Date**

Results: _None_

2) CXR Completed: _____ **Date**

Results: _____

3) Health Authority

Clearance: _____

_____ _____
Sign        Date

**Note:**
Dates listed above must be within one year of this transfer.

## I. PRISONER/ALIEN

Name: _Artemis Terry_    Prisoner/Alien Reg. # _11614-002_    D.O.B: _6/9/84_

Departed From: _____    Date Departed: _____

Destination: _____    Reason for Transfer: _____

Dist. Name: _M/AL_    Dist. # _002_    Date in Custody: _02/22/05_

## II. Current Medical Problems

1. _____  4. _____
2. _____  5. _____
3. _____  6. _____

### Medication Required For Care En Route

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR?    ☑ Yes  ☐ No   If no, Why not?

Is prisoner medically able to travel by airplane?    ☑ Yes  ☐ No   If no, Why not?

Is prisoner medically able to stay overnight at another facility en route to destination?    ☑ Yes  ☐ No   If no, Why not?

Is there any medical reason for restricting the length of time prisoner can be in travel status?    ☐ Yes  ☑ No   If yes, state reason:

Does prisoner require any medical equipment while in transport status?    ☐ Yes  ☐ No   If yes, What equipment?

**000028**

Sign & Print Name- Certifying Health Authority: _Municipal Jail_

Phone Number: _241-2668_    Date Signed: _02/08/05_

_____ Upon Transfer

Form USM-
(Rev. 11A)

## MEDICAL EXPENSES

_____          _____
(Inmate's Name)                              (Date)

The above named inmate is a Federal Prisoner. Please forward all medical claims to the U.S. Marshall Service, 15 Lee Street, Room 224, Montgomery, Alabama 36104. Any questions regarding his/her medical expenses should be directed to the US Marshall Service at (334)223-7401

_____
(Authorized Signature & ID #)

## MEDICAL EXPENSES

Hotsmis Terry                              25 Jan 2006
(Inmate's Name)                              (Date)

The above named individual is a City Inmate. Please forward all medical claims to the Municipal Jail Facility, P.O. Box 159, Montgomery, Alabama 36104-0159. Questions regarding his/her medical expenses should be directed to the Municipal Jail Office at (334)241-2521.

V.H. Davis #758
(Authorized Signature & ID #)

## MEDICAL EXPENSES

_____          _____
(Inmate's Name)                              (Date)

**The above named individual is a city inmate. But this to advise that the Municipal Jail will not be responsible for any of this individuals medical expenses due to:**

_____  PRE-EXISTING ILLNESS/INJURY        _____  SELF INFLICTED INJURY

_____  FIGHTING                                          **000029**

_____  OTHER  _____