IN THE UNITED STATES DISCTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-158-MEF |
| | ) |
| DR. M.J. MENDEZ, et. al., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF DR. MARCIAL J. MENDEZ

STATE OF ALABAMA           )

COUNTY OF MONTGOMERY   )

Before me, a Notary Public in and for said County and State, personally appeared Marcial Mendez, after first being duly sworn, did depose and state as follows:

1. My name is Dr. Marcial J. Mendez. I am over nineteen years of age. In 1985, I became a licensed physician in the State of Alabama. I am affiliated with the American Medical Association and the American College of Physicians and have passed the Educational Commission for Foreign Medical Graduate Examination, in addition to the Federal Licensure Examination.

2. I maintain a private practice in Wetumpka, AL however I am also under contract with the City of Montgomery as the attending physician at the Montgomery Municipal Jail. I have acted in that capacity for approximately five years.

3. I have treated Artemis Terry on several occasions and regularly prescribe medications to him during his incarceration at the Montgomery Municipal Jail. In my



capacity as the physician at the jail, I provide Mr. Terry with the same standard of medical care that I do all of my patients. I have never denied Mr. Terry proper medical treatment. I have never told an inmate that I would not see him twice in one week.

4. The nursing staff at the Montgomery Municipal Jail is responsible for receiving inmate request forms for medical treatment. The nursing staff triages the inmates and schedules for me to see them. Generally, I go to the Montgomery Municipal Jail twice a week to see patients. However I am on call to the nursing staff at the jail twenty four hours a day seven days a week.

5. I treated Artemis Terry on the dates of 1/25/06 and 2/8/06 in relation to a complaint of pain to the right 5th finger. He said he hurt it approximately 2 ½ weeks prior. I ordered an x-ray of the right hand, a splint, and prescribed Motrin.

6. The x-ray was later performed by at the jail Southern Radiology Services, LLC. The x-ray results were received that same day.

7. The findings indicated soft tissue swelling involving the little finger PIP joint consistent with a sprain injury. The x-ray noted no underlying fractures or dislocation which would require a splint.

8. On February 8, 2006, I had a follow-up visit with Mr. Terry for his finger. I advised him of the x-ray results and instructed him to apply warm soaks for 20 minutes 4 to 5 times daily. Also, I advised him to return in the next few days if there was no improvement.

9. There are no other times that I recall Artemis Terry complaining of pain to his finger. Mr. Terry has had made no subsequent complaints to me, since I last treated him on February 8 2006.

10. If Mr. Terry requested to see me any other time and was not treated by me, I was not made aware of his request. I have never denied medical treatment to anyone.

I have read the above and foregoing affidavit consisting in total of three (3) pages and state that it is true and correct to my present knowledge and information.

_____
Dr. Marcial Mendez

SWORN to and SUBSCRIBED before me this the 24 day of April, 2006.

_____
Notary Public
My Commission Expires 10/16/09