IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
———— NORTHEREN DIVISON ————

ARTEMIS JAMAL TERRY )
)
PLAINTIFF )
)
)
V. ) Case no. 2:06-CV-158-MEF
)
DR. M. J. MENDEZ )
)
DEFENDANT )

———————— MOTION TO COMPEL ————————

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CASE APPEARING PRO SE AND ASKS THIS COURT TO COMPEL THE DEFENDANT, DR. M. J. MENDEZ, TO SCHEDULE AN EXAMINATION FOR THE PLAINTIFF INJURED FINGER BY AN OUTSIDE DOCTOR. PLAINTIFF SUFFERS PAIN IN HIS INJURED FINGER, AND FEELS THAT HE IS UNABLE TO RECEIVE PROPER MEDICAL CARE FROM DR. M. J. MENDEZ WHO IS THE DEFENDANT IN THE ABOVE STYLED CASE.

RESPECTFULLY SUBMITTED
ON APRIL 27, 2006
BY: *Artemis Jamal Terry*
ARTEMIS JAMAL TERRY

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON THE FOLLOWING BY PLACING A COPY THEREOF IN THE UNITED STATES MAIL, AND PROPERLY ADDRESSED ON THIS THE 27th DAY OF APRIL, 2006:

# CERTIFICATE OF SERVICE

SCHEDULE TEXT: MOTION TO COMPEL

THE FOLLOWING DOCUMENTS ARE ASSOCIATED WITH THIS TRANSACTION.

DOCUMENT DESCRIPTION: MAIN DOCUMENT

ORIGINAL FILENAME: NOT KNOWN OR N/A

DOCUMENT NUMBER: 5 pages

NOTICE HAVE BEEN DELIVERED BY MAIL OUT TO:

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

DEFENDANT COUNSEL
KIMBERLY O. FEHL
CITY OF MONTGOMERY
LEGAL DEPARTMENT
103 N. PERRY ST.
MONTGOMERY, AL. 36104
334.241.2050
FAX 334.241.2310

PLAINTIFF
ARTEMIS JAMAL, TERRY
P.O. BOX 159
MONTGOMERY AL. 36101