IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-158-MEF |
| | ) |
| DR. MENDEZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 28, 2006 (Court Doc. No. 19), in which the plaintiff seeks referral to a free-world physician for examination of his finger, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 2nd day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE