In the United State District Court
For the Middle District of Alabama
Nothern Divison

RECEIVED
2006 MAY -2 A 9:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Artemis Jamal, Terry )
  Plaintiff )
v. ) Case No. 2:06-CV-158-MEF
Dr. M. J. Mendez et. al., )
  Defendant )

## Motion to Notify

Comes now the Plaintiff in the above styled case notifing the Court and defendant that he has been transfered to the following address:

Artemis Jamal, Terry
301-City Street
Clanton AL. 35045

Respectfully Submitted on May 1st 2006
By:

*Artemis Jamal Terry*
Artemis Jamal, Terry
Plaintiff

I CERTIFY THAT I HAVE PROVIDED A TRUE AND CORRECT COPY OF THE FOREGOING BY PLACING SAME INTO THE UNITED STATES MAIL POSTAGE AND ADDRESSED AS FOLLOWS ON THIS DAY MAY 1ST 2006.

*[signature]*

## CERTIFICATE OF SERVICE

SCHEDULE TEXT: MOTION TO NOTIFY

THE FOLLOWING DOCUMENTS ARE ASSOCIATED WITH THIS TRANSACTION.

DOCUMENT DESCRIPTION: MAIN DOCUMENT
ORIGINAL FILENAME: NOT Know or N/A
DOCUMENT NUMBER: 5 pages

NOTICE HAVE BEEN DELIVERED BY MAIL OUT TO:

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

DEFENDANT COUNSEL
KIMBERLY O. FEHL
CITY OF MONTOGOMERY
LEGAL DEPARTMENT
103 N. PERRY St.
MONTGOMERY, AL 36104
334.241.2050
FAX 334.241.2310

R. RANDOLPH NEELEY
ASSISTANT UNITED STATES ATTC
BAR NUMBER: 9083-E56R
P.O. BOX 197
MONTGOMERY AL, 36101-0197
TELEPHONE NO. (334) 223-7280
FACSIMILE NO. (334) 223-7418