IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -4 P 10: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTEMIS JAMAL, TERRY )
   PLAINTIFF )
)
V. ) Case No. 2:06-CV-158-MEF
DR. M.J. MENDEZ et. al., )
   DEFENDANT )

### AFFIDAVIT OF ARTEMIS JAMAL TERRY

STATE OF ALABAMA )
COUNTY OF ~~████████~~ )

BEFORE ME, A NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE, PERSONALLY APPEARED ARTEMIS JAMAL, TERRY AFTER BEING DULY SWORN, DID DEPOSE AND STATE AS FOLLOWS:

1. MY NAME IS ARTEMIS JAMAL, TERRY I AM 21 YEARS OF AGE I AM INCARCERATED IN THE ~~████████~~ JAIL WITHOUT ACCESS TO A LAW LIBRARY AND LEGAL MATERIAL.

2. ON THE 25th DAY OF JANUARY 2006, I WENT TO SEE DR MENDEZ ABOUT MY PINKY FINGER ON MY RIGHT HAND BECAUSE I WAS IN ALOT OF PAIN.

page 1 of 3

3. ON JANUARY 25th 2006, DR. MENDEZ HAD AN X-RAY DONE AND PRESCRIBED ME I.B. PROPHEN 600.

4. I HAVE RECEIVED INCOMPLETE MEDICAL RECORDS ON MEDICATION ADINISTRATION (RECORD FOR JANUARY 25, 2006) BECAUSE I DO NOT HAVE THE TIME AND DATE THAT I WAS GIVEN MEDICATION FOR MY FINGER DUE TO MY X-RAY.

5. ON JANUARY 25, 2006, I DID NOT RECEIVE ANYTHING FOR PAIN THAT DAY TO RELEAVE THE PAIN IN MY FINGER.

6. ON JANUARY 26, 2006 I FILLED OUT A MEDICAL REQUEST AND HANDED IT IN TO THE SUPERVISOR NURSE; WHICH IS NURSE TREMBLE.

7. I ASKED NURSE MOORE "WAS I ON THE DOCTOR LIST" TO SEE THE DOCTOR, SHE TOLD ME THAT I COULD NOT SEE THE DOCTOR TWICE IN ONE WEEK.

8. I FILLED OUT A REQUEST TO THE WARDEN ON JANUARY 31st 2006 ASKING IF I COULD SEE AN OUTSIDE DOCTOR ABOUT MY FINGER THE WARDEN WROTE ME BACK AND STATED THESE EXACT WORDS: "IF YOU ARE IN DISAGREEMENT WITH THE TREATMENT PLAN PROVIDED BY THE JAIL PHYSICIAN. I DO NOT HAVE THE AUTHORITY TO OVERIDE HIS DECISION. RECOMMEND YOU REQUEST TO SEE JAIL DOCTOR FOR ANOTHOR EVALUATION OF YOUR CONDITION HE IS THE ONLY ONE WHO CAN RECOMMEND ANOTHOR PHYSICIAN."

9. MY FINGER IS DEFORMED BECAUSE OF MR. MENDEZ. MY PINKIE FINGER IS BENT AND I AM UNABLE TO STRAIGHTEN IT.

10. I DID NOT REQUEST TO SEE DR. MENDEZ AGAIN AFTER FEBUARY 8, 2006. BECAUSE ON FEBUARY 8, 2006 I TRIED TO EXPLAIN TO HIM THAT MY FINGER WAS HURTING, AND HE TOLD ME TO RUN HOT WARM WATER OVER MY FINGER AND THAT HE WAS FINISHED WITH ME. HE DID NOT LISTEN TO ME WHEN I TRIED TO EXPLAIN MY SELF TO HIM.

11. DEFENDANT ADMITS THAT HE DID NOT GIVE ME THE PROPER MEDICAL TREATMENT. ON HIS EIGHTH DEFENCE. PARAGRAPH 2 ON THE 3rd PAGE OUT OF THE 5 PAGES THAT I WAS SENT.

SWORN TO AND SUBSCRIBED TO IN ~~Montgomery~~ COUNTY, ALABAMA ON 2nd day of May 2006.

5-2-06
DATE

Artemis Jamal Terry
ARTEMIS JAMAL TERRY

ACKNOWLEGMENT
BEFORE ME PERSONALLY APPEARED ARTEMIS JAMAL TERRY WHO, AFTER BEING DULY SWORN, DID AFFIX HIS SIGNATURE TO THE FOREGOING INSTRUMENT.

May 2, 2006
DATE

Deborah Lumie
NOTARY PUBLIC

My commission expires _____
MY COMMISSION EXPIRES JUNE 11 2008

(SEAL)

Page 3 of 3

I CERTIFY THAT I HAVE PROVIDED A TRUE AND CORRECT COPY OF THE FOREGOING BY PLACING SAME INTO THE UNITED STATES MAIL POSTAGE AND ADDRESSED AS FOLLOWS ON THIS DAY 2nd day May 2006.

Artemis Jaryl Terry

# CERTIFICATE OF SERVICE

SCHEDULE TEXT: AFFIDAVIT OF ARTEMIS JAMAL TERRY

THE FOLLOWING DOCUMENTS ARE ASSOCIATED WITH THIS TRANSACTION.

DOCUMENT DESCRIPTION: MAIN DOCUMENT
ORIGINAL FILENAME: NOT KNOW OR N/A
DOCUMENT NUMBER: 11 Pages

NOTICE HAVE BEEN DELIVERED BY MAIL OUT TO:

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY AL. 36101-0711

DEFENDANT COUNSEL
KIMBERLY O. FEHL
CITY OF MONTGOMERY
LEGAL DEPARTMENT
103 N. PERRY STREET
MONTGOMERY, AL 36104
334. 241. 2050
FAX 334.241.2310

R. RANDOLPH NEELEY
ASSISTANT UNITED STATES ATTORNEY
BAR NUMBER: 9083-E56R
P.O. Box 197
MONTGOMERY, AL. 36101-0197
TELEPHONE NO: (334) 223-7280
FACSIMILE NO: (334) 223-7418