IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

RECEIVED
2006 MAY 23 A 9:40
DRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTEMIS JAMAL TERRY )
   PLANTIFF )
    )
V. ) Case No. 2:06-158-CV-MEF
    )
DR. M. J. MENDEZ )
   DEFENDANT )

## MOTION TO NOTIFY

COMES NOW THE PLANTIFF IN THE ABOVE STYLED CASE, TO NOTIFY THE DEFENDANT AND THE COURT THAT THE PLANTIFF HAS BEEN TRANSFERED TO THE FOLLOWING ADDRESS.

    ARTEMIS JAMAL TERRY, AIS. # 230511
    P.O. BOX 150
    MOUNT MEIGS AL. 36057

                                             /s/ Artemis Jamal Terry
                                             Artemis Jamal Terry

I CLARIFY THAT I HAVE INFORM THE APPROPIATE ADRESS BY MAIL ON THE 21ST DAY OF MAY 2006.

*[signature]*

CERTIFICATE SERVICE

MAIN DOCUMENT: MOTION TO NOTIFY

SUBJECT TEXT: N/A

FILE NAME: N/A

PAGES DOCUMENT: 5 pages

I HAVE INFORM THE APPROPIATE ADRESS AS FOLLOWED.

IN THE UNITED STATES DISTRICT COURT
CIRCUT CLERK
P.O. BOX 711
MONTGOMERY, AL, 36101-0711

DEFENDANT COUNCIL
KIMBERLY. O. FEHL
ADDRESS N/A

DEFENDANT
DR. M.J. MENDEZ
P.O. BOX 159
MONTGOMERY AL. 36101