IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 19 A 10:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTEMIS JAMAL, TERRY )
  PLAINTIFF )
  )
V. ) Case No. 2:06-158-CV-MEF
DR. M. J. MENDEZ )
  DEFENDANT )

## MOTION TO NOTIFY

COME NOW THE PLAINTIFF IN THE ABOVE STYLED CASE, TO NOTIFY THE DEFENDANT AND THE COURT THAT HE HAS TRANSFERED TO THE FOLLOWING ADDRESS. ARTEMIS JAMAL TERRY
, 565 BIBB LANE
BRENT AL, 35034

_Artemis Jamal, Terry_
ARTEMIS JAMAL, TERRY

I CERTIFY THAT I HAVE SENT THE COPIES THAT ARE DOCUMENTED TO THE APPROPRIATE ADDRESS BY MAIL ON THE 14th DAY OF JUNE 2006.

*Artemis Jamal Terry*
Artemis JAMAL Terry

# CERTIFICATE SERVICE

MAIN DOCUMENT: MOTION TO NOTIFY
FILE NAME: NOT KNOWN or N/A
PAGES DOCUMENTED: 5 pages

COME NOW THE PLAINTIFF IN THE ABOVE STYLED CASE. SENDS THESE PAGES THAT ARE DOCUMENTED TO THE APPROPRIATE ADDRESS THAT IS FOLLOWED.

UNITED STATES DISTRICT COURT
CIRCUIT CLERK
MISS. DEBRA.
P.O. BOX 711
MONTGOMERY AL, 36104-0711

DEFENDANT COUNCLE
Kimberly O. FEHL
P.O. BOX 101
MONTGOMERY AL, 36101-0711