IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTEMIS JAMAL, TERRY )
PLAINTIFF )
 )
V. ) Case No. 2:06-158-CV-MEF
 )
DR. M.J. MENDEZ )
DEFENDANT )

## MOTION TO COMPEL

COMES NOW THE PLAINTIFF ASK THE COURT WITH ALL DO RESPECT TO COMPEL THE DEFENDANT TO SEND THE PLAINTIFF A COPY OF HIS X-RAY FROM JANUARY 25, 2006 under Grounds LISTED

1. TO SHOW EVEDINCE TO THE COURT ABOUT PLAINTIFF FINGER.

2. TO HAVE A PERSONAL COPY.

3. BECAUSE I DID NOT RECIEVE ONE WITH MY MEDICAL RECORDS.

Artemis Jamal, Terry
Artemis JAMAL, TERRY

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CASE HAS SENT COPIES OF THE PAGES THAT OR DOCUMENTED, BY MAIL TO THE APPROPRIATE ADDRESS ON THE 14th DAY OF JUNE 2006.

_____
ARTEMIS J. TERRY

CERTIFICATE SERVICE

MAIN DOCUMENT: MOTION TO COMPEL
FILE NAME: NOT KNOWN
PAGES DOCUMENTED: 5 pages

COMES NOW THE PLAINTIFF IN THE ABOVE STYLED CASE TO SEND COPIES OF THE PAGES DOCUMENTED TO THE APPROPRIATE ADDRESS.

UNITED STATES DISTRICT COURT
CIRCUIT CLERK
MISS. DEBRA.
P.O. BOX 711
MONTGOMERY AL, 36104-0711

DEFENDANT COUNCLE
KIMBERLY O. FEHL
P.O. BOX 101
MONTGOMERY AL, 36101-0711