IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTEMIS JAMAL TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-158-MEF |
| | ) | |
| DR. MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on June 19, 2006 (Court Doc. No. 25), in which the plaintiff seeks a copy of the actual X-ray performed on his finger, and as the defendant provided a copy of the X-ray report setting forth the findings and impression of the X-ray, *Defendant's Exhibit 1* at 5, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 20th day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE