RECEIVED

2006 AUG 24 A 9: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

ARTEMIS JAMAL, TERRY )
     PLAINTIFF )
      )
  V. )  CASE NO. 2:06-158-CV-MEF
DR. M. J. MENDEZ, et., al. )
    DEFENDANT )

## MOTION TO NOTIFY

COME NOW THE PLAINTIFF IN THE ABOVE
STYLED CASE TO NOTIFY THE DEFENDANT
AND THE COURT THAT HE HAS TRANSFERED
TO THE FOLLOWING ADDRESS

        ARTEMIS J. TERRY
        # 239421
        P.O. BOX 1240
        COLUMBIANA, AL 35051


        _Artemis J. Terry_
        ARTEMIS J. TERRY

# CERTIFICATE SERVICE

MAIN DOCUMENT: MOTION TO NOTIFY
FILE NAME: NOT KNOWN
PAGSE DOCUMENTED: 5 pages

COME NOW THE PLAINTIFF IN THE ABOVE
STYLED CASE. TO SEND COPIES OF THIS MOTION
TO THE APPROPRIAT ADDRESS FOLLOWED

DEBRA. P. HACKETT
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY AL. 36101-0711

DEFENDANT COUNCLE
KIMBERLY O. FEHL
P.O. BOX 101
MONTGOMERY AL. 36101-0101

I CERTIFY THAT I HAVE SENT THE COPIES, THAT ARE DOCUMENTED TO THE APPROPRIATE ADDRESS BY MAIL ON THE 21ST DAY OF AUGUST 2006.

Artemis JAMAL TERRY

RECEIVED
2006 AUG 24 A 9: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA