IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

ARTEMIS JAMAL, TERRY )
   PLAINTIFF )
V. ) Case No. 2:06-158-CV-MEF
DR. M.J. MENDEZ, et., al )
   DEFENDANT )

## MOTION TO NOTIFY

Come now the plaintiff in the above styled case to notify the defendant and the court that he has transferred to the following address.

ARTEMIS J. TERRY
#11614-002
Federal Correctional Complex-USP 2
P.O. Box 1034 Coleman, Florida
33521-0879