RECEIVED
2006 NOV 27 A 10: 20

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| ARTEMIS J. TERRY )<br>   Plaintiff )<br>)<br>V. )<br>)<br>Dr. M.J, MENDEZ, et., al )<br>   Defendant )<br>) | Case No. 2:06-158-CV-MEF |

## MOTION FOR CASE SUMMARY

Comes now the plaintiff in the above styled case to ask the court to send me a copy of the motions that i filed on these days.
02-2202006, 02-22-2006, 02-22-2006, 02-23-2006, 02-23-2006, 02-23-2006
02-23-2006, 02-27-2006, 02-28-2006, 03-10-2006, 04-04-2006, 04-05-2006
04-17-2006, 04-18-2006, 04-18-2006, 04-18-2006, 04-24-2006, 04-24-2006
04-24-2006, 04-24-2006, 04-26-2006, 04-26-2006, 04-26-2006, 04-28-2006
05-02-2006, 05-02-2006, 05-04-2006, 05-23-2006, 06-19-2006, 06-19-2006
06-20-2006, 08-24-2006, 09-27-2006.

I would like to know the exact words that i wrote on the days above.

                                                                      Artemis J. Terry

CERTIFICATE SERVICE

MAIN DOCUMENT: *MOTION FOR Case Summary*
FILE NAME: not Know
PAGES DOCUMEND: *12*

Comes now the plaintiff in the above styled case, to send copies of the pages documented to the appropriate address.

                United States District Court
                Office of the Clerk
                P.O.Box 711
                Montgomery, Al. 36101-0711

Defendant Councle
Kimberly O, Fehl
P.O.Box 101
Montgomery, Al. 36101-0101

Comes now the plaintiff in the above styled case has sent copies of the pages that or documented, by mail to the appropriate address on this day November, 22,2006

*Artemis J. Terry*
Artemis J. Terry