IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-158-MEF |
| DR. MENDEZ, | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for case summary filed by the plaintiff on November 27, 2006 (Court Doc. No. 29), in which the plaintiff seeks copies of motions he has filed with this court on several different occasions, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

The plaintiff is hereby informed that the court is not required to provide a copy of previously filed documents to him without **prepayment of all costs** associated with producing the necessary copies. If the plaintiff seeks to obtain copies from this court, he may do so upon **prepayment** of fifty (50) cents per copy. Thus, if the plaintiff wishes to receive a copy of the docket sheet maintained in this case he must make prepayment of the necessary amount for such copies to the Clerk of the court.

Done this 28th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE