# IN THE UNITED STATES DISCTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ARTEMIS JAMAL TERRY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 2:06-cv-158-MEF |
| | ) |
| **DR. M.J. MENDEZ, et. al.,** | ) |
| | ) |
|     **Defendant.** | ) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW, Dr. Marcial Mendez, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

1/24/08                                    /s/Kimberly O. Fehl
Date                                         Counsel for
                                              Dr. Marcial Mendez
                                              City of Montgomery Legal Department
                                              103 N. Perry St.
                                              Montgomery, A1 36101
                                              334-241 -2050

**CERTIFICATE OF SERVICE**

      I hereby certify that I have mailed a copy of the above and foregoing Conflict Disclosure Statement to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 24th day of January, 2008:

Artemis Terry  
11614-002  
USP Coleman II  
U.S. Penitentiary  
P.O. Box 1034  
Coleman, FL  33521

                                                      /s/ Kimberly O. Fehl