IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISON

2008 MAR 17 A 8:46

ARTEMIS J. TERRY
   PLAINTIFF

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06 CV158 mef

    VR.
DR. M.J. MENDEZ, et,al
   DEFENDANT

---

## MOTION FOR THE COURT TO APPOINT
## A MEDICAL EXPERT WITNESS TO EXAMINE
## MY FINGER RIGHT PINKY FINGER

---

Comes now the plaintiff in the above style case ask the court with all do respect to appoint a medical expert to examine his the plaintiff finger under these grounds listed below.

1- To show evidence to the court that the plainiff finger is deform and did not have the proper treatment.

2- To show evidence to the court that the plainiff finger will never be the same as his other fingers unless the proper treatment is done on his finger that is deform.

3- To show evidence to the court that the plainiff did not recieve the proper medical treatment.

4- To ask the court for a medical expert to fix the plainiff finger so that he wan't have to suffer no more pain.

5- To show evidence to the court that the plaininff deform finger effect the plainitiff daily activities.

ARTEMIS J. TERRY

CERTIFICATE SERVICE

**MAIN DOCUMENT:** Motion For Court To Appoint A Medical Expert Witness To Examine My Finger Right Pinky finger

**FILE NAME:** Not Known

**PAGES DOCUMENT:** 6 pages

    Comes now the plainitiff in the above styled case, to sent copies of the pages documented to the appropriate address.

United States District Court
Office of the Clerk
P.O. Box 711
Montgomery. Al, 36101-0711

Defendant Councle
Kimberly O. Fehl
P.O. Box 101
Montgomery, Al, 36101-0101

    Comes now the plainintff in the above styled case has sent copies of the pages that or documented, by mail to the appropriate address on this day 3-13-08

ARTEMIS J. PERRY

ARTEMIS TERRY
AIS # 11614-002
F.C.C. USP-2
P.O. BOX 1034
Coleman, FLA
          33521



TAMPA FL 335
SAINT PETERSBURG FL
13 MAR 2008 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL, 36101-0711

3610140711