IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISON

ARTEMIS J. TERRY
    PLAINTIFF

VR.

DR. M.J. MENDEZ, et,al
    DEFENDANT

2:06CV158-mef

## MOTION FOR THE COURT TO APPOINT A MEDICAL EXPERT WITNESS TO EXAMINE MY FINGER RIGHT PINKY FINGER

Comes now the plaintiff in the above style case ask the court with all do respect to appoint a medical expert to examine his the plaintiff finger under these grounds listed below.

1- To show evidence to the court that the plainiff finger is deform and did not have the proper treatment.

2- To show evidence to the court that the plainiff finger will never be the same as his other fingers unless the proper treatment is done on his finger that is deform.

3- To show evidence to the court that the plainiff did not recieve the proper medical treatment.

4- To ask the court for a medical expert to fix the plainiff finger so that he wan't have to suffer no more pain.

5- To show evidence to the court that the plaininff deform finger effect the plainitiff daily activities.

ARTEMIS J. TERRY

CERTIFICATE SERVICE

MAIN DOCUMENT: Motion For Court To Appoint A Medical Expert Witness To Examine My Finger Right Pinky finger
FILE NAME: Not Known
PAGES DOCUMENT: 6 pages

    Comes now the plainitiff in the above styled case, to sent copies of the pages documented to the appropriate address.

United States District Court
Office of the Clerk
P.O. Box 711
Montgomery. Al, 36101-0711

Defendant Councle
Kimberly O. Fehl
P.O. Box 101
Montgomery, Al, 36101-0101

    Comes now the plainintff in the above styled case has sent copies of the pages that or documented, by mail to the appropriate address on this day 3-13-08

ARTEMIS J. TERRY

ARTEMIS TERRY
AIS # 11614-002
F.C.L. USP-2
P.O. Box 1034
Coleman, FLA
    33521



TAMPA FL 335
SAINT PETERSBURG FL
13 MAR 2008 PM 4 L

3610170711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL, 36101-0711