IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )    CASE NO. 2:06-CV-158-MEF |
| | ) |
| DR. MENDEZ, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to appoint medical expert filed by the plaintiff on March 17, 2008 (Court Doc. No. 33), and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of March, 2008.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE