IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS J. TERRY, #11614-002, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-158-MEF |
| ) | [WO] |
| DR. MENDEZ, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On April 25, 2008, the Magistrate Judge filed a Recommendation (Doc. #36) in this case to which no timely objections have been filed. Upon an independent review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for summary judgment filed by Defendant is GRANTED;

3. Judgment is GRANTED in favor of Defendant;

4. This case is DISMISSED with prejudice; and

5. The costs of this proceeding be TAXED against Plaintiff.

Done this the 19th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE