IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

ARTEMIS J. TERRY }
   Plaintiff }
vs. } Case no. 2:06-CV-158-MEF
DR. M.J. MENDEZ }
   Defendant }

MOTION FOR APPEAL,
under the grounds that are listed bellow.

1. I the plaintiff did not get a fair case because I had evidence with held from me, which was the exual X-Ray of my finger.

2. The plaintiff has no way of seeing another expert about his finger, because the prison does not have one.

*Artemis Tey*
ARTEMIS TERRY

Done this 26th day of May 2008.

ARTEMIS TERRY
11614-002
USP Coleman 2
US Penitentiary
P.O. Box 1034
Coleman, FL 33521

SAINT PETERS
27 MAY 2008

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Mongt. AL 36101

36101+0711