IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTEMIS J. TERRY
PLAINTIFF,

vs.                              ) Civil Action No. 2:06-CV-158-MEF

DR. M.J. MENDEZ, et, al
Defendant

MOTION FOR THE COURT TO CONSIDER
THE FACTS That's listed below on the
grounds That follows

1) A Medical condition may also be Serious if it "Significantly affects an individual daily activites. A more general definition of serious medical needs and we think a better one refers to conditions that Cause pain, discomfort of threat to good health. This definition is Consistent with Supreme Court decisions holding that the Eight Amendment prohibits the unnessary and wanton infliction of pain. MANY courts have Cited pain in finding a medical need Serious. One Court has Stated evidence of recent traumatic injury, has generally been Sufficient to demonstrate a Serious medical need.

2) I may also wish to ask the Court to appoint a medical expert witness under Rule 706, Fed. R. Evid.

3.) Baretti v. Wiscomb, 930 F.2d 11, 1154-55 (6th Cir. 1991). Prisoner Could get damages for failure to treat his wound even though it had healed.

4) Conversely, if I have received adequate care (or gotten well without it) by the time the court decides the case, I may not need a injunction but I can still receive damages for any pain and suffering I experienced while waiting to receive proper treatment.

5) The plaintiff was denied and had the proof that his pinky finger on his right hand was and is disable because of not having the proper medical treatment by having the actual X-Ray of his right pinky finger withheld from him.

Comes now the plaintiff in the above styled case, to send copies of the pages documented to the appropriate address.

United States District Court
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711

Defendant Counsel
Kimberly O. Fehl
P.O. Box 101
Montgomery, AL 36101-0101

Comes now the plaintiff in the above styled case has sent copies of the pages that or documented, by mail to the appropriate address on this day 5-21-08

*Artemis J Terry*
ARTEMIS J TERRY

**U.S. Department of Justice** — **Inmate Personal Property Record—**
**Federal Bureau of Prisons** — **Institution:** FCC Coleman, USP-2

| 1. Name: Terry, Artemis | 2. Register Number: 11614-002 | 3. Unit: G-1 cell 121L | 4. Date and Time of Inventory: 9:10pm 5/2/08 |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: 5/2/08 9:10
 a.__ Admission b.__ Hospital c.__ Writ d.__ Transfer e.✓ Detention f.__ Release
 g.__ Incoming package h.__ Other (specify)

6. Disposition (Disp.)
D – Donated    M – Mail    (S – Storage)
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

7. Type of Property:

a. **Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| 4 | Batteries | S |
|  | Belt |  |
|  | Billfold |  |
|  | Books, reading hard__, soft__ |  |
|  | Books, religious hard__, soft__ |  |
|  | Brassiere |  |
|  | Cap, Hat |  |
|  | Coat |  |
|  | Coins |  |
|  | Comb |  |
| 1 | Combination lock | S |
|  | Dress |  |
|  | Driver's license |  |
|  | Earplugs |  |
|  | Eyeglass case |  |
| 1 | Eyeglasses | S |
|  | Gloves |  |
|  | Hair brush/pick |  |
|  | Handkerchief |  |
|  | Jacket |  |
|  | Jogging suit |  |
|  | Legal Materials |  |
|  | Letters |  |
|  | Magazines |  |
| 1 | Mirror |  |
|  | Nail Clippers |  |
|  | Pant/slacks |  |
|  | Pen, ballpoint |  |
|  | Pencils |  |
| 1 | Personal papers 4"-6" | S |
|  | Photo album |  |
|  | Photos |  |

| # | Article | Disp. |
|---|---|---|
|  | Plastic spoon, cup |  |
| 1 | Playing cards 1 deck | S |
|  | Purse |  |
|  | Radio (w/earplug) |  |
|  | Religious medals |  |
|  | Ring |  |
|  | Shirt/blouse |  |
|  | Shoes |  |
|  | Shoes, shower |  |
| 2 | Shoes, slippers | S |
|  | Shoes, tennis |  |
| 1 | Shorts | S |
|  | Skirt |  |
|  | Slip |  |
|  | Social security card |  |
|  | Socks |  |
|  | Socks, athletic |  |
|  | Stamps |  |
|  | Stockings |  |
|  | Sunglasses |  |
|  | Sweater |  |
|  | Sweat pants |  |
|  | Sweat shirt |  |
|  | Trophy |  |
|  | T-Shirts |  |
|  | Underwear |  |
|  | Watch/watch band |  |
|  | Wig |  |
| 1 | lanyard/graduation | S |

b. **Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
|  | Dental floss |  |
|  | Dentures |  |
| 1 | Deodorant | S |
|  | Hair oil |  |
|  | Noxzema |  |
|  | Powder |  |
|  | Razor |  |
|  | Razor blades |  |
| 1 | Shampoo | S |
|  | Shaving lotion |  |
| 1 | Skin lotion | S |
|  | Soap |  |
| 1 | Soap dish | S |
| 1 | Toothbrush | S |
|  | Toothpaste |  |
| 1 | shower body/hd | S |
| 1 | [illegible] |  |
| 2 | tooth brush cases | S |
|  | conditioner bottle |  |
| 1 | Toilette Co. [illegible] | S |

c. **Hobbycrafts**

| # | Article | Disp. |
|---|---|---|
| 1 | Diploma | S |

d. **Food/Tobacco Items**

| # | Article | Disp. |
|---|---|---|
|  | Canned tobacco |  |
|  | Chewing tobacco |  |
|  | Cigarettes |  |
|  | Cigars, snuff |  |
|  | Coffeemate |  |
|  | Cold drink mix, soda |  |
|  | Fruit |  |
|  | Honey, Hi-protein |  |
|  | Instant chocolate |  |
|  | Instant coffee |  |
|  | Instant tea |  |
|  | Pipe cleaner/filters |  |
|  | Pipes |  |
| 1 | peanut butter | S |

e. **Miscellaneous** (List any damaged property and from where it was received; e.g., U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property                                    Value Alleged by Inmate

☑ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Receiving Officer: _____ Date: 5/4/__ Time: ___

I have today reviewed the property returned to me. Signature of Inmate: _____ Reg. No.: ___ Date: 5/__/__ Time: ___

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies receipt of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Releasing Officer: _____ Date: 5/__/__ Time: ___

I have today reviewed the property returned to me. Signature of Inmate: _____ Reg. No.: ___ Date: 5/__/__ Time: ___

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

BP-383(58)
October 1982

Artemis J. Teely
USP-2  A 11614-002
P.O. Box 1034
Coleman FL 33521

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, AL 36101

36101+0711

TAMPA FL 335
SAINT PETERSBURG FL
27 MAY 2008 PM 3 T

