IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-158-MEF |
| ) | |
| DR. MENDEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on May 29, 2008 (Court Doc. No. 40), which the court construes to contain a motion for appointment of medical expert, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of May, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE