IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTEMIS JAMAL TERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:06-CV-158-MEF |
| ) | |
| DR. MENDEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to consider listed facts filed by the plaintiff on May 29, 2008 (Court Doc. No. 40), and as such facts are either cumulative to those previously argued by the plaintiff and/or irrelevant to the decision entered in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of May, 2008.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE