IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTEMIS JAMAL TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-158-MEF |
| | ) | |
| DR. MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon review of the motion for appeal filed by the plaintiff on May 29, 2008 (Court Doc. No. 39), and for good cause, it is

ORDERED that this motion be and is hereby construed and docketed as the plaintiff's notice of appeal from the final judgment entered on May 19, 2008.

Done this 29th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE