Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 23, 2008

**Appeal Number: 08-13131-F**
Case Style: Artemis Jamal Terry v. Dr. Mendez
District Court Number: 06-00158 CV-F-N

TO:   Artemis Jamal Terry (11614-002)

CC:   R. Randolph Neeley

CC:   Debra P. Hackett

CC:   Kimberly Owen Fehl

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 23, 2008

Artemis Jamal Terry (11614-002)
Coleman USP II
PO BOX 1034
COLEMAN FL 33521-1034

**Appeal Number: 08-13131-F**
Case Style: Artemis Jamal Terry v. Dr. Mendez
District Court Number: 06-00158 CV-F-N

The district court has denied your motion to proceed on appeal in forma pauperis, certifying that your appeal is frivolous and not taken in good faith. The district court has also directed that you pay fees required to maintain this appeal pursuant to 28 U.S.C. §1915 (as amended by the Prison Litigation Reform Act).

Pursuant to Fed.R.App.P. 24(a) and 11th Cir. R 24-2, you must file a motion for leave to proceed with this appeal within thirty (30) days from the date of this letter. If such a motion is not received within thirty (30) days, this appeal will be dismissed by the clerk without further notice pursuant to 11th Cir. R. 42-1(b).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood /scw (404)335-6185

PLRA-7 (04-2005)