Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 08, 2008

**Appeal Number: 08-13131-F**
Case Style: Artemis Jamal Terry v. Dr. Mendez
District Court Number: 06-00158 CV-F-N

TO:   Debra P. Hackett

CC:   Artemis Jamal Terry (11614-002)

CC:   R. Randolph Neeley

CC:   Kimberly Owen Fehl

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 08, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-13131-F**
Case Style: Artemis Jamal Terry v. Dr. Mendez
District Court Number:  06-00158 CV-F-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

Encl.

plradism (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-13131-F

---

ARTEMIS JAMAL TERRY,

           Plaintiff-Appellant,

versus

DR. MENDEZ,

           Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 8th day of August, 2008.

        THOMAS K. KAHN
        Clerk of the United States Court
        of Appeals for the Eleventh Circuit

        By: Mildred Norwood
            Deputy Clerk

        FOR THE COURT - BY DIRECTION

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 0 8 2008
THOMAS K. KAHN
CLERK

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: [signature]
    Deputy Clerk
   Atlanta, Georgia

ORD-40